# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**GUSTAVO XAVIER**

   Petitioner,

   v.

**MICHAEL HARLOW,** *et. al*

   Respondents.

CIVIL ACTION NO. 3:12-CV-1603

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 7th day of January, 2016, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 18) is **ADOPTED** as set forth in the accompanying Memorandum:

   (A) The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AND DISMISSED**.

   (B) A certificate of appealability will not be issued.

(2) The Clerk of Court is directed to mark the case as **CLOSED**.

                        /s/ A. Richard Caputo
                        A. Richard Caputo
                        United States District Judge